UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

        Plaintiff,

    v.

FIVE KEYS SCHOOLS AND PROGRAMS,

        Defendant.

Case No.  25-cv-08457-TSH

**ORDER DISCHARGING SHOW CAUSE ORDER**

On July 9, 2026, the Court ordered Plaintiff John Doe to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines after he failed to file an amended complaint.  ECF No. 36.  Having reviewed Plaintiff's response (ECF Nos. 37-38), the Court **DISCHARGES** the show cause order and **EXTENDS** the deadline for Plaintiff to file a first amended complaint to July 30, 2026.  The Court reminds Plaintiff that this case may be dismissed if he fails to comply with this deadline.

    **IT IS SO ORDERED.**

Dated: July 13, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California