United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

Plaintiff,

v.

FIVE KEYS SCHOOLS AND PROGRAMS,

Defendant.

Case No. 25-cv-08457-TSH

**ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT**

On November 6, 2026, the Court granted Plaintiff John Doe's request to file a third amended complaint and ordered him to file it as a separate docket entry within seven days. ECF No. 59; *see* Civ. L.R. 15-1(b). Plaintiff has not yet filed the amended complaint. The Court therefore **EXTENDS** the deadline to file the third amended complaint to November 20, 2026.

If Plaintiff does not file a third amended complaint by November 20, 2026, the Second Amended Complaint (ECF No. 40) will remain the operative pleading. Because the deadline to seek leave to amend is November 19, 2026 (*see* ECF No. 48), any later attempt to amend must be made by motion under Federal Rules of Civil Procedure 15 and 16. An amended complaint filed without leave of Court will be stricken.

If Plaintiff files the third amended complaint by November 20, Defendant Five Keys Schools and Programs must respond within the time provided by Federal Rule of Civil Procedure 15(a)(3), measured from service of the amended complaint.

**IT IS SO ORDERED.**

Dated: November 16, 2026

THOMAS S. HIXSON
United States Magistrate Judge