United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

Plaintiff,

v.

FIVE KEYS SCHOOLS AND PROGRAMS,

Defendant.

Case No. 25-cv-08457-TSH

**ORDER RE: E-FILING PRIVILEGES**

On October 7, 2026, the Court reminded Plaintiff that he is registered as an electronic filer and must electronically file documents that are capable of being filed through ECF. ECF No. 51. As Plaintiff has continued to submit documents manually despite that instruction, the Court provides this final warning that he must electronically file all documents. If Plaintiff files another document manually without good cause, the Court will revoke his electronic-filing privileges in this case. Good cause for manual filing may include, for example, a temporary computer or internet malfunction that prevents electronic submission, or a physical item that cannot be submitted through ECF. *See* E-Filing FAQs at https://cand.uscourts.gov/cases-e-filing/cmecf-information/preparing-your-cmecf-filing. When filing a document manually for good cause, Plaintiff must briefly state why electronic filing was not possible and follow the Court's applicable manual-filing procedures. *See id.* A preference for paper filing or convenience, standing alone, is not good cause. Plaintiff may contact the ECF Help Desk with any questions at ecfhelpdesk@cand.uscourts.gov or (866) 638-7829.

**IT IS SO ORDERED.**

Dated: November 23, 2026

THOMAS S. HIXSON
United States Magistrate Judge